UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-189 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| MAI HOUA XIONG, | |
| Defendant. | |

This case is before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty. (Dkt. No. 32.) No objections have been timely filed to the Report and Recommendation.

Accordingly, based on the Report and Recommendation, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Dkt. No. 32) is **ADOPTED**.

2. Ms. Xiong's motion to suppress statements (Dkt. No. 29) is **DENIED WITH PREJUDICE**.

Date: January 4, 2023

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
Chief Judge,
United States District Court